CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 11 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY A. RICHARDSON,<br>    Petitioner, | Civil Action No. 7:07-cv-00009 |
| v. | FINAL ORDER |
| PATRICIA S. CONNER, CLERK, et al.,<br>    Defendants. | By: James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this petition for a writ of mandamus and a writ of prohibition is hereby **DISMISSED** as moot and **STRICKEN** from the active docket of the court.

The clerk shall send certified copies of this order and the accompanying memorandum to petitioner.

ENTER: This 11th day of January, 2007

_/s/ James C. Turk_
Senior United States District Judge